

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY W. CARTER
*Corporation Counsel*

MELISSA WACHS
*Senior Counsel*
E-mail:mwachs@law.nyc.gov
Phone: (212) 356-2424
Fax: (212) 356-3509

September 15, 2017

**Via ECF**
Honorable Judge Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      Re:    <u>Ronald Regan, et al. v. City of New York, et al.</u>
               16 CV 6098 (WFK)(LB)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Police Detectives Daniel Panchyn, Christopher S. Clark, and Dean Campbell in the above-mentioned action. I write on behalf of the parties in accordance with Your Honor's Order of July 12, 2017.

      Since our telephone conference of July 12, 2017, the remaining defendant, Sergeant Farrell has been served. His answer was interposed on August 9, 2017. On August 10, 2017, the undersigned mailed to plaintiff's counsel their First Set of Interrogatories and Document Demands for plaintiff Jahmel Bush and are awaiting the responses, which are expected to be forthcoming shortly. Once received, all relevant releases will be processed so that the case can be fully evaluated and the parties can enter into settlement discussions, as appropriate.

      Thank you for your consideration herein.

                                      Respectfully submitted,
                                      /s/
                                      Melissa Wachs
                                      Senior Counsel
                                      Special Federal Litigation Division

cc:

    David Zelman, Esq. (By ECF)
    *Attorney for Plaintiffs*